IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------ x
IN RE: ASBESTOS PRODUCTS                    :
LIABILITY LITIGATION (NO. VI)               :    CIVIL ACTION NO. MDL 875
------------------------------------------------------------ x
This Document Relates To:                   :
------------------------------------------------------------ x
CARROLL W. ENOS,                            :
                                            :
              Plaintiff,                    :
      v.                                    :    Transferee E.D. Pa.
                                            :       Case No. 10-cv-61422
ASBESTOS CLAIMS MANAGEMENT                  :
CORPORATION, *et al.*,                      :    Transferor W.D. Wis.
                                            :       Case No. 94-cv-00799
              Defendants.                   :
                                            :
------------------------------------------------------------ x

**FILED**
OCT 0 3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 1st _____ day of October 2012, upon Plaintiff's and Defendant Uniroyal Inc.'s Stipulation, it is hereby **ORDERED** that Defendant Uniroyal Inc. is dismissed without prejudice each party to bear its own costs.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBREÑO, J.

27818-27818-0000
CH2\11865859.1